No. 09-10349. Oddell Quarn Cannon, Petitioner v. United States.

560 U.S. 934, 130 S. Ct. 3343, 176 L. Ed. 2d 1236, 2010 U.S. LEXIS 4236.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 340 Fed. Appx. 826.